UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jennifer Drake

Plaintiff,

v.

Case No.: 1:07−cv−01897

Honorable Samuel Der−Yeghiayan

Canadian National/Illinois Central Railway Company

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 5, 2007:

MINUTE entry before Judge Samuel Der−Yeghiayan : This case dismisssed as it involves the same parties and issues as case number 07 C 1877 before Judge Filip. Status hearing date of 6/5/2007 is stricken. Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.